IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

    v.

MALIK HUGHES

Case No. 2:25mj205
Court Date: October 8, 2025

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MALIK HUGHES, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, or interfere with a member of the uniformed services engaged in the performance of his official duties, to wit: Hull Maintenance Technician Second Class Matthew Hicks, United States Navy.

(In violation of Title 18, United States Code, Section 111 (a) (1).)

COUNT TWO

Misdemeanor – Violation No. E2351385

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MALIK HUGHES, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, or interfere with members of the uniformed services engaged in the performance of their official duties, to wit: Master-at-Arms Third Class Aijalon Malone, United States Navy, and Master-at-Arms Seaman Lucero Cruz-Camparo, United States Navy.

(In violation of Title 18, United States Code, Section 111 (a) (1).)

COUNT THREE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MALIK HUGHES, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, or interfere with members of the uniformed services engaged in the performance of their official duties, to wit: Master-at-Arms Second Class Erik Diaz-Martinez; Master-at-Arms Second Class Justin Cardenas, United States Navy; and Master-at-Arms Second Class Jaden Rush, United States Navy.

(In violation of Title 18, United States Code, Section 111 (a) (1).)

COUNT FOUR

Misdemeanor - Violation No. E2351383

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MALIK HUGHES, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: transporting or introducing a firearm onboard a naval installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E.)

COUNT FIVE

Misdemeanor - Violation No. E2351382

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MALIK HUGHES, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*

Ashley J. Young
Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

**23 Spetember 2025**
Date